IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY SAUNDERS,<br><br>                       *Plaintiff*,<br>v.<br><br>NEW JERSEY AQUARIUM, LLC, *et al.*,<br><br>                       *Defendants*. | CIVIL ACTION<br><br>NO. |

PETITION OF DEFENDANT,
NEW JERSEY AQUARIUM, LLC, FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

AND NOW comes Defendant, New Jersey Aquarium, LLC (hereinafter referred to as "Petitioner"), for the purpose of removing this Civil Action to the United States District Court for the District of New Jersey, and in support thereof state as follows:

1. On or about May 18, 2023, plaintiff commenced this action in the Superior Court of New Jersey, Law Division, Camden County, at Docket Number CAM-L-1454-23 (hereinafter "State Court Action"). *See* true and correct copy of Complaint, attached hereto as Exhibit "A".

2. After the undersigned counsel for Petitioner advised plaintiff's counsel that he had named the incorrect defendant entities, plaintiff filed an Amended Complaint, naming Petitioner as the sole defendant, on June 1, 2023, *see* true and correct copy of Amended Complaint, attached hereto as Exhibit "B", and the Amended Complaint was deemed served on Petitioner on said date.

3. At the time of the commencement of the State Court Action and at the time of removal, plaintiff is a resident and citizen of the Commonwealth of Pennsylvania. *See* Exhibits "A" and "B".

4. At the time of the commencement of the State Court Action and at the time of removal, Petitioner is an Ohio Limited Liability Company. *See* true and correct copy of Affidavit of Stephen L. Earnest, attached hereto as Exhibit "C", ¶2.

5. As a Limited Liability Company, Petitioner has the citizenship of its Members. *E.g. Zambelli Fireworks MFg. Co. v. Wood*, 592 F.3d 412, 419-20 (3d Cir. 2010).

6. At the time of the commencement of the State Court Action and at the time of removal, New Jersey Aquarium, LLC is a wholly-owned subsidiary of Herschend Entertainment Company, LLC, a Missouri limited liability company. *See* Exhibit "C" ¶2.

7. At the time of the commencement of the State Court Action and at the time of removal, Herschend Entertainment Company, LLC, a Missouri limited liability company, is a wholly owned subsidiary of Herschend Family Entertainment Corporation which is a Missouri corporation with its principal place of business in Peachtree Corners, Georgia. *See* Exhibit "C" ¶3.

8. Because this matter involves a controversy between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, this matter is removable under 28 U.S.C. § 1332.

9. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after service of the Amended Complaint upon Petitioner, New Jersey Aquarium, LLC, which was on June 1, 2023.

10. No further proceedings as to Petitioner have taken place with regard to this action in the State Court Action filed in the Superior Court of New Jersey, Camden County.

11. The above-described action is a Civil Action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 and is one which may be removed to this Court by the Petitioners, pursuant to the provisions of 28 U.S.C. §1441.

12. This suit involves a controversy between citizens of different states: The plaintiff, according to her Complaint, is a resident and citizen of the Commonwealth of Pennsylvania. The Petitioner is not a resident or citizen of the Commonwealth of Pennsylvania.

13. The amount in controversy would logically appear to exceed seventy-five thousand dollars ($75,000.00) exclusive of interest and costs as this case allegedly involves a closed head injury and a cervical spine injury with significant ongoing complaints more than two (2) years after the alleged incident. *See* Exhibit "B".

14. Petitioner has simultaneously with the filing of this Notice given written notice to counsel for all other parties involved in this action.

15. Petitioner has filed a copy of the instant Notice of Removal with all attachments thereto with the Clerk of the Superior Court of New Jersey, Law Division, Camden County.

**WHEREFORE**, New Jersey Aquarium, LLC, respectfully requests that this suit be removed to this Honorable Court pursuant to the laws of the United States.

Respectfully submitted,

By: _____
HEATHER M. EICHENBAUM, ESQUIRE
*Attorney for Defendant,*
*New Jersey Aquarium, LLC*

Spector Gadon Rosen Vinci P.C.
Seven Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8856 / (215) 531-9129 [fax]
heichenbaum@sgrvlaw.com

Dated: June 29, 2023